# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Sean Fontae Whitley | ) Case No:  5:04-CR-166-1H |
| | ) USM No:  56598-054 |
| Date of Original Judgment:        July 6, 2005 | ) |
| Date of Previous Amended Judgment: _____ | ) Andrew Kukorowski |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     n/a _____ months **is reduced to**   n/a _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Although application of the Fair Sentencing Act reduces the statutory penalty from not less than 10 years to life imprisonment to not less than 5 years to 40 years imprisonment, the bottom of the guideline range, from which the court departed, remains 360 months.  As such, a reduction in the term of imprisonment is not appropriate.

The term of supervised release is reduced to 4 years.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated  July 6, 2005, _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:          8/6/19

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard    Senior U.S. District Judge
*Printed name and title*