PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.     Crim. No. 5:04-CR-166-1M

SEAN FONTAE WHITLEY

On August 6, 2021, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: January 11, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of January, 2024.

Richard E. Myers II
Chief United States District Judge